USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

          - against -

RICHARD BARNWELL,

                    Defendant.

16 Crim. 448 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Government requests, with the consent of the United States Probation Department, that the violation of supervised release specifications pending before the Court against defendant Richard Barnwell ("Barnwell") be dismissed. (See Dkt. No. 40.) The Court will accept the recommendation of the Government and Probation Department.

    Accordingly, the Court hereby **GRANTS** the motion by the Government to dismiss the specifications against Barnwell alleging violations of the terms of his supervised release. The Court further orders that the pending violation of supervised release specifications against Barnwell be **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED.**

Dated:    22 June 2023
               New York, New York

                                             Victor Marrero
                                             U.S.D.J.